AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of TENNESSEE

UNITED STATES OF AMERICA

V.

XADIMUL SAMBA

**WARRANT FOR ARREST**

Case Number: 06-20001 B V

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __XADIMUL SAMBA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Probation Violation Petition [ ] Supervised Release Violation Petition [ ] Violation Notice

charging him or her with (brief description of offense)

preparing false tax returns

in violation of Title __26__ United States Code, Section(s) __7206(2)__

| | |
|---|---|
| Thomas M. Gould | *Wendy Shackleford-Ellis* |
| Name of Issuing Officer | Signature of Issuing Officer / Deputy Clerk |
| Clerk, U.S. District Court | 1/11/06 Memphis, TN |
| Title of Issuing Officer | Location |

Bail fixed at $ 100,000 cash or surety

s/Diane K. Vescovo
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Memphis TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/12/2006 | IRS-CID S/A Paul McQuin | *[signature]* |
| DATE OF ARREST | | |
| 1/12/06 | Parris M Quon | |