**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 06-20001-01-B |
| XADIMUL SAMBA, | ) |
| Defendant. | ) |

**ORDER ON CHANGE OF PLEA
AND SETTING**

This cause came to be heard on March 25, 2008, the United States Attorney for this district, Stephen Parker, appearing for the Government and the defendant, Xadimul Samba, appearing in person, and with counsel, Lee Gerald, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered, and entered a plea of guilty to Counts 1-9 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, JULY 23, 2008 at 2:00 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 25th day of March, 2008

**s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE**
