IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                               Cr. No.  06-20001-JDB

XADIMUL SAMBA,

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE SENTENCING HEARING**

For good cause shown, the Court hereby **GRANTS** defendant's Motion to Continue the

Sentencing Hearing currently set to be heard April 26, 2010 at 2:30 pm.  The Sentencing Hearing

is hereby **RESET** for: Thursday, June 10, 2010 at 11:00 a.m.

        **IT IS SO ORDERED,** this the 17th day of  May, 2010.


                                         s/ JUDGE J. DANIEL BREEN
                                         UNITED STATES DISTRICT COURT