IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 06-20001-B |
| XADIMUL SAMBA, | * | |
| Defendant. | * | |

## POSITION OF DEFENDANT WITH REGARD TO SENTENCING FACTORS

COMES NOW, the defendant, Xadimul Samba, by and through counsel, Lee Gerald and submits his position with respect to the Sentencing Factors pursuant to §6A1.2 of the *United States Sentencing Commission Guidelines Manual*. (Effective November 1, 2007).

Counsel has reviewed the Presentence Report and no objections have been tendered or made to Counsel with regards to the factual contents or the applicable sentencing factors.

WHEREFORE, PREMISES CONSIDERED, the defendant files no objections to the Presentence Investigation Report.

Respectfully submitted,

/s/ Lee Gerald
Lee Gerald
Attorney at Law
8 South Third Street, Fourth Floor
Memphis, TN 38103
901-529-8500

CERTIFICATE OF SERVICE

I, Lee Gerald, certify that I have this date electronically delivered a true copy of the foregoing Position of Defendant In Regards to Sentencing Factors to, Mr. Stephen Parker, Assistant United States Attorney, Clifford Davis Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.

THIS the 8th day of June, 2010.

/s/ Lee Gerald
Lee Gerald
Attorney at Law