IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                              Cr. No. 06-20001-B

XADIMUL SAMBA,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## FOR RETURN OF PASSPORT

For good cause shown, the Court hereby **GRANTS** defendant's Motion for Return of Passport. The Clerk for the United States District Court, Western District of Tennessee is hereby ordered to release the passport belonging to Xadimul Samba, held on the now disposed above matter, to Mr. Xadimul Samba, to Mr. Samba.

**IT IS SO ORDERED,** this the 2nd day of July, 2010.

                                                                 s/ J. DANIEL BREEN
                                                                 UNITED STATES DISTRICT JUDGE