IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         Cr. No. 06-20001-B

XADIMUL SAMBA,

    Defendant.

## UNOPPOSED MOTION FOR ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE OF THE UNITED STATES

Now into Court, through undersigned counsel, comes the defendant in the above-captioned matter who moves this Honorable Court to formalize in the way of an Order the Court's previous oral order made on June 10, 2010, at the sentencing hearing on the above matter, stating that the defendant be allowed to travel outside of the United States. This previous oral order is not reflected in the sealed judgment.

Counsel has spoken to Mr. Steve Parker, Assistant United States Attorney, who has no objections to this motion being granted.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court issue Order allowing defendant to travel outside of the United States.

                                              Respectfully submitted,

                                              /s/ Lee Gerald
                                              Lee Gerald
                                              Attorney at Law
                                              8 South Third Street, Fourth Floor

Memphis, TN  38103

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Unopposed Motion** has been electronically forwarded to Mr. Steve Parker, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103 this 5th day of January, 2011.

/s/ Lee Gerald
Lee Gerald
Attorney at Law