**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cr. No. 06-20001-B |
| **vs.** ) | |
| ) | |
| **XADIMUL SAMBA,** ) | |
| ) | |
| **Defendant.** ) | |

---

**MOTION TO UNSEAL JUDGMENT**

---

Comes now the United States of America, by and through counsel Edward L. Stanton, III, United States Attorney for the Western District of Tennessee, and Stephen C. Parker, Assistant United States Attorney, and moves the court to unseal the Judgment in the instant case.

In support of said Motion the United States submits that the Judgment is needed for restitution and enforcement by the Internal Revenue Service. As of this time, the United States submits that it has no information that Mr. Samba is in any sort of danger from his past cooperation.

Since Judgments in cases are not normally sealed, the United States submits that this should be a public record.

Respectfully submitted,

EDWARD L. STANTON, III
United States Attorney

/s/ STEPHEN C. PARKER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103
(#012741 Tennessee)
901 - 544-4231

## CERTIFICATE OF SERVICE

I, Stephen C. Parker, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been sent via the Court's electronic filing system to: Lee Howard Gerald.

This 7th day of February, 2011.

/s/ STEPHEN C. PARKER
Assistant United States Attorney