# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 06-20001-B |
| XADIMUL SAMBA | ) |
| Defendant. | ) |

## CONSENT ORDER

Upon motion of the United States and for good cause shown, the Court directs the clerk's office to amend the Redacted Judgment [D.E. 137] to redact paragraph 6 under the section entitled Additional Conditions of Probation. The Amended Redacted Judgment is not to be placed under seal.

IT IS SO ORDERED this 9th day of February, 2011.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE