Mr. Xadimul Rasulu Samba
A074-682-758; H/A
LaSalle Detention Center
Post Office Box 560
Trout, Louisiana 71371

January 28, 2014

Office of the Honorable Clerk of Court
in the United States District Court
for the Western District of Tennessee
Clifford B. Davis Federal Building
167 North Main Street
Memphis, Tennessee 38103

RE: CASE NO: 2:06-20001-01-JDB; URGENT REQUEST FOR COPIES OF SPECIFIC CASE DOCUMENT(S) LISTED INFRA.

Dear Sir/Madam:
I hereby respectfully request copies of the following case documents:

1. A copy of my docket sheet for case number above;

2. A copy of my indictment;

3. A copy of my plea agreement;

4. A copy of my judgment commitment order; and

5. On a later date, please let me know the cost to transcribe my plea and sentencing transcript(s) in the above case. Please send me copies of 1 through 4 requests above. And, please, please, expedite the requests for 1 through 4. Thanks.
I look forward to hearing from you.

Most Sincerely Yours,
[signature]
Xadimul Rasulu Samba