# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD  
CLERK OF COURT

JACKSON - PHONE 731-421-9200  
FAX 731-421-9210

DATE: **2/4/2014**     RE: Case #: **06-20021-JDB**

TO: **Xadimul Samba**

Your submission is being returned or additional action is required for one or more of the following reasons.

☐ As of 1/1/06 the Western District of Tennessee converted to Electronic Case Filing. As such all documents must be submitted in the electronic format. Please visit our website at www.tnwd.uscourts.gov for instructions regarding electronic case filing.

☐ This Court does not file discovery unless ordered by the Court.

☐ Your check should be made out to: U.S. District Court Clerk.

☐ What is payment for: judgement, fine, restitution, copies, etc.?

☒ Copy work is $0.50 per page. All requests must be made in writing or in person. Payment is required at the time of request. Your copies will be forwarded to you upon receipt of $ _____ for _____ pages. Include a copy of your original request or a copy of this letter.

☐ Payment is required with this action. See attached fee schedule.

☐ A Copy of the Local Rules is enclosed per your request.

☒ Other: **Please find a complimentary copy of the docket sheet enclosed. The indictment, plea agreement and judgment were all filed under seal. Therefore, copies cannot be made for you without an Order from the Court. Please also be advised that all future copy work is charged at the above listed fee of $0.50/page.**

Office of the Clerk  
262 US Courthouse  
111 South Highland Ave.  
Jackson, TN 38301

THOMAS M. GOULD, CLERK  
BY: **A. Jordan**  
Deputy Clerk